A01A1189. CITY OF POULAN et al. v. HODGE.
(554 SE2d 233)

ELDRIDGE, Judge.

In *City of Poulan v. Hodge*, 275 Ga. 483 (569 SE2d 499) (2002), the Supreme Court affirmed in part and reversed in part the judgment of this Court's opinion in *City of Poulan v. Hodge*, 251 Ga. App. 500 (554 SE2d 233) (2001). The Supreme Court affirmed that part of our judgment reversing the superior court's ruling; reversed that part of our judgment remanding the case to the administrative law judge; and disapproved the language in our opinion contrary to the Supreme Court's holding. Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Andrews, P. J., and Miller, J., concur.*

DECIDED OCTOBER 21, 2002.

*Shivers & Associates, Edwin G. Russell, Jr.*, for appellants.
*Woodall & Pflepsen, Keith A. Pflepsen*, for appellee.